March 28, 2008

Mr. Scott T. Clark
Adams & Graham, L.L.P.
P.O. Drawer 1429
Harlingen, TX 78551-1429
Ms. Rebecca E. Hamilton
Sumner, Schick & Hamilton
3838 Oak Lawn Ave, Suite 400
Dallas, TX 75219

RE: Case Number: 06-0550
 Court of Appeals Number: 13-03-00728-CV
 Trial Court Number: C-093-02-F

Style: NEW TEXAS AUTO AUCTION SERVICES, L.P. D/B/A BIG H AUTO AUCTION
 v.
 GRACIELA GOMEZ DE HERNANDEZ, ET AL.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Cathy Wilborn |
| |Mr. Omar Guerrero |
| |Mr. Phillip Dye Jr. |
| |Mr. Brendan K. McBride |
| |Mr. Michael W. Dunagan |
| |Ms. Kathleen Cassidy |
| |Goodman |